UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

CONNIE M. ARMSTRONG,

    Defendant.

_____/

No. CR 94-0276 PJH

**ORDER DENYING DEFENDANT'S MOTIONS**

Currently before the court are defendant's July 27, 2009 motions (1) to reconsider the court's July 27, 2009 order granting the government a fifty-minute extension to file its opposition to defendant's § 2255 motion;[1] and (2) a motion to amend the docket to provide an April 22, 2009 filing date for defendant's § 2255 motion, a motion that defendant refers to as a "motion to compel." Both motions are DENIED. As for the first, the court notes that GOOD CAUSE supported granting the government's request for a fifty-minute extension.

Turning to the second motion, defendant chose *not* to publicly file his § 2255 motion and supporting documents on April 22, 2009, but instead lodged the documents with the court and submitted a motion to seal the entire filing. The court acted immediately on defendant's motion, and denied the motion to seal for lack of good cause that same day,

---

[1] Due to problems formatting tables it filed with its brief, the government filed its opposition at 12:50 a.m. on July 24, 2009 instead of prior to midnight, when the opposition was due.

April 22, 2009.[2]  In accordance with Civil L.R. 79-5(e), the documents lodged on April 22, 2009 were not filed.  Defendant did not re-submit his § 2255 motion for filing until May 11, 2009, at which time, he again requested to file the § 2255 motion and supporting documents under seal.  Again, on May 12, 2009, the court denied the request to file the § 2255 motion and related documents under seal.  Presumably within three days of this court's May 12, 2009 denial of defendant's second sealing request, defendant re-submitted the documents for filing in the public record in accordance with Civil L.R. 79-5(e) because the clerk's docket reflects that the amended § 2255 motion, docket number 549, was publicly filed on May 11, 2009.

There is no basis to amend the clerk's docket to reflect an April 22, 2009 filing date for the § 2255 motion because the court denied defendant's related motion to seal filed that day, and defendant failed to re-submit the documents for filing in the public record within three days of April 23, 2009, the date of the court's amended order denying defendant's motion to file his § 2255 motion under seal, as required by Civil L.R. 79-5(e).  Instead, defendant chose to wait an additional *twelve* court days to re-submit the lodged documents with yet another request to file the documents under seal.

For these reasons, defendant's motion to amend the filing date, entitled a "motion to compel," is DENIED.  The clerk's docket properly reflects that defendant's § 2255 motion was not filed until May 11, 2009.

**IT IS SO ORDERED.**

Dated: August 25, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[2] On April 23, 2009, the court amended the April 22, 2009 order because it inadvertently omitted the word "not" from a sentence regarding a request by defendant that the court approve the prospective filing under seal of additional documents not lodged with the court on April 22, 2009.  *Cf.* April 22, 2009 order ("The court does prospectively approve the filing of documents under seal."); April 23, 2009 order (clarifying that "[t]he court does **NOT** prospectively approve the filing of documents under seal.").

2