UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CONNIE M. ARMSTRONG,

    Defendant.

_____/

No. CR 94-0276 PJH

**ORDER RE SUBSTITUTION OF COUNSEL**

Under the circumstances described in Russ Baker's motion to withdraw as counsel for Mr. Armstrong, the court finds that it is unnecessary to consider the position of the government, and has accordingly signed the proposed order granting Mr. Baker's motion to withdraw. No hearing is required and the October 14, 2009 date is VACATED. The only condition of withdrawal is that Mr. Baker must immediately serve a copy of this order on Mr. Armstrong, whose address the court does not have.

Mr. Armstrong's request for 45 days to find new counsel or to appear *pro se* is GRANTED. No later than October 26, 2009, Mr. Armstrong's new counsel shall notify the court in writing of his appearance or Mr. Armstrong shall notify the court in writing that he will proceed without counsel and also provide his current mailing address and telephone number.

All proceedings are STAYED and all previously set dates are suspended until October 26, 2009.

**IT IS SO ORDERED.**

Dated: September 10, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge