UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CONNIE M. ARMSTRONG,

    Defendant.

_____/

No. CR 94-0276 PJH

**ORDER GRANTING MOTION TO COMPEL RETURN OF DOCUMENTS**

    This is a 28 U.S.C. § 2255 motion to vacate filed by Armstrong on May 11, 2009. On September 10, 2009, the court stayed the case and suspended any deadlines so that Armstrong could find new counsel after his prior counsel passed away. At the time the court stayed the case, Armstrong had filed a motion for discovery, and his reply to that motion was due September 18, 2009. Additionally, the court had also ordered that Armstrong's reply to his § 2255 petition would be due thirty days after the court ruled on his motion for discovery. Those deadlines were stayed by the order.

    On October 26, 2009, Armstrong filed a number of documents including a notice of appearance pro se, a pro se motion to compel the return of documents, and a pro se reply in support of his motion to conduct discovery. The latter filing completes the briefing of the motion to conduct discovery and the court will issue an order on that motion in due course. In his motion to compel, Armstrong states that he has been unsuccessful acquiring his file that is in the possession of attorney Russ Baker, an associate of his prior counsel, Bill Boyd. He asserts that he needs the file in order to secure replacement counsel. The court

1  has received no opposition or response to that motion.

2      Attorney Russ Baker is hereby ordered to return Armstrong's case file to him within
3  ten days of the date of this order.

4  **IT IS SO ORDERED.**

6  Dated: November 24, 2009

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge